ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:  415-782-6000
Facsimile:  415-782-6011
E-Mail:  adam@gasnerlaw.com

Attorney for Defendant
KENNETH WINTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KENNETH WINTON,<br><br>        Defendant. | No. 2:20-cr-00216-TLN<br><br>STIPULATION TO CONTINUE SENTENCING FROM FEBRUARY 18, 2021 TO MAY 20, 2021; AND ORDER |

THE PARTIES STIPULATE AS FOLLOWS:

Sentencing in this case, set for Thursday, February 18, 2021 at 9:30 a.m. may be continued to Thursday, May 20, 2021 at 9:30 a.m. to accommodate both parties' needs for further case investigation related to mitigation information relevant to sentencing.

The parties also jointly stipulate and request that the schedule for preparation of the presentence report be continued accordingly.

1

Stipulation/and Order Allowing Continuance
No. 2:20-cr-00216-TLN

SO STIPULATED AND AGREED:

DATED:  January 22, 2021                    __/s/_*Adam G. Gasner*_____
                                            Adam G. Gasner, Esq.
                                            Attorney for Defendant
                                            KENNETH WINTON


DATED:  January 22, 2021                    __/s/_ *Christopher Hales*_____
                                            Christopher Hales, Esq.
                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA

## ORDER

IT IS HEREBY ORDERED that sentencing, set for Thursday, February 18, 2021 at 9:30 a.m., shall be continued to Thursday, May 20, 2021 at 9:30 a.m. and the schedule for preparation of the presentence report shall be continued accordingly.

DATED: January 25, 2021                     _____
                                            Troy L. Nunley
                                            United States District Judge

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

2

Stipulation/and Order Allowing Continuance
No. 2:20-cr-00216-TLN