PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
MIRIAM R. HINMAN
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:20-CR-00216-TLN |
|---|---|
| Plaintiff, | **STIPULATION FOR THE PREJUDGMENT DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** |
| v. | |
| KENNETH WINTON, | |
| Defendant. | |

Plaintiff United States of America and defendant Kenneth Winton (Winton), through their authorized representatives (the Parties), hereby seek an order authorizing Winton to deposit $50,100 into the Court's Deposit Fund pending the outcome of this criminal prosecution.

The Parties stipulate as follows:

1. The Information in this case charges Winton with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count One) and seeks the forfeiture of property constituting or derived from the proceeds traceable to the conspiracy. ECF No. 1.

2. The Parties signed a plea agreement in which Winton agreed to waive indictment and plead guilty to Count One of the Information. ECF No. 17, at 2 - 3. He also agreed to pay a $100 special assessment and restitution in the range of $10.7M to $15M. *Id*. at 3.

STIPULATION FOR THE
PREJUDGMENT DEPOSIT
OF FUNDS; AND ORDER

3. Winton's change of plea hearing was held on December 3, 2020. ECF No. 18. The Court accepted Winton's guilty plea to Count One of the Information, adjudged him guilty, and set a February 18, 2021 sentencing date. *Id*. The Court subsequently continued sentencing to May 20, 2021. ECF No. 22.

4. Winton is prepared to pay the $100 special assessment and $50,000 towards the criminal monetary penalties to be ordered in the judgment within seven (7) days of the Court's order approving this stipulation.

5. Based on the foregoing, the Parties agree the Court should enter an order directing:

   A. Winton to pay $50,100 to the Clerk of Court within seven days following the filing of the order approving this stipulation according to the payment instructions stated in the accompanying order; and

   B. The Clerk of Court to deposit Winton's payment into the Court's Deposit Fund and apply those funds to all criminal monetary penalties the Court orders at sentencing.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT
Acting United States Attorney

Dated: March 11, 2021

By: */s/ Kurt A. Didier*
CHRISTOPHER S. HALES
MIRIAM R. HINMAN
KURT A. DIDIER
Assistant United States Attorneys

FOR DEFENDANT KENNETH WINTON:

Dated: March 11, 2021

By: */s/ Kenneth Winton (by permission)*
KENNETH WINTON, an individual

APPROVED AS TO FORM AND CONTENT:

Dated: March 11, 2021

By: */s/ Adam G. Gasner (by permission)*
ADAM G. GASNER
Attorney for Defendant

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for the Prejudgment Deposit of Funds into the Court's Deposit Fund (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant Kenneth Winton (Winton) shall pay $50,100.00 to the Clerk of Court within seven (7) days following the filing of this order.

2. Winton shall make his payment payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. He shall also state the docket number (Case No.: 2:20-cr-00216-TLN) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. The Clerk of Court shall deposit Winton's prejudgment payment into the Court's Deposit Fund (the Fund).

4. Winton's prejudgment payment shall remain in the Fund pending adjudication of this case. Upon sentencing, the Clerk of Court shall apply the payment towards the criminal monetary penalties ordered in the judgment.

IT IS SO ORDERED.

Dated: March 11, 2021

Troy L. Nunley
United States District Judge