PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0216 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| KENNETH WINTON, | |
| Defendant. | |

This matter currently is set for sentencing on June 20, 2024. In light of Winton's cooperation in a related case, *United States v. Piercey*, 2:20-cr-211 TLN, and the October 2024 trial date in that case, the parties jointly stipulate and request that this Court enter an order continuing sentencing to January 16, 2025, at 9:30 a.m., and adjusting the presentence report ("PSR") schedule as follows:

- 11/28/24: Informal objections due to the Probation Officer
- 12/12/24: Final PSR due
- 12/19/24: Formal objections to PSR due
- 1/9/25: Sentencing memoranda and any reply to formal objections due
- 1/16/25: Sentencing

//

//

STIPULATION AND ORDER TO CONTINUE SENTENCING   1

Supervising U.S. Probation Officer Lynda Moore does not object to the above schedule.

IT IS SO STIPULATED.

Dated: May 24, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: May 24, 2024

/s/ ADAM GASNER
ADAM GASNER
Counsel for Defendant
KENNETH WINTON

**ORDER**

IT IS SO ORDERED this 29th day of May, 2024.

Troy L. Nunley
United States District Judge