PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WINTON,<br><br>Defendant. | CASE NO. 2:20-CR-0216 TLN<br><br>STIPULATION AND ORDER TO SCHEDULE STATUS CONFERENCE REGARDING SENTENCING |

This matter currently is set for sentencing on January 16, 2025. In light of Winton's cooperation in a related case, *United States v. Piercey*, 2:20-cr-211 TLN, and the March 17, 2025, trial date in that case, the parties jointly stipulate and request that this Court vacate the scheduled sentencing hearing and presentence report schedule and set this matter for a status conference regarding sentencing on May 15, 2025.

Supervising U.S. Probation Officer Lynda Moore does not object to the above schedule.

IT IS SO STIPULATED.

Dated:  December 2, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  December 2, 2024

/s/ ADAM GASNER
ADAM GASNER
Counsel for Defendant
KENNETH WINTON

**ORDER**

IT IS SO ORDERED this 2nd day of December, 2024.

_____
Troy L. Nunley
Chief United States District Judge