MICHELE BECKWITH
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-216 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING |
| v. | |
| KENNETH WINTON, | |
| Defendant. | |

This matter currently is set for status conference regarding sentencing on May 15, 2025. In light of Winton's cooperation in a related case, *United States v. Piercey*, 2:20-cr-211 TLN, and the May 19, 2025, trial date in that case, the parties jointly stipulate and request that this Court enter an order continuing the status conference to August 21, 2025.

Supervising U.S. Probation Officer Lynda Moore does not object to the requested continuance.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 7, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ MATTHEW THUESEN<br>MATTHEW THUESEN<br>Assistant United States Attorney |
| Dated: May 7, 2025 | /s/ ADAM GASNER<br>ADAM GASNER<br>Counsel for Defendant<br>KENNETH WINTON |

**ORDER**

IT IS SO ORDERED this 8th day of May, 2025.

_____
Troy L. Nunley
Chief United States District Judge