1  ERIC GRANT
   United States Attorney
2  MATTHEW THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:20-cr-216 TLN

12                      Plaintiff,     STIPULATION AND ORDER REGARDING
                                       SENTENCING DATE AND PRESENTENCE
13              v.                     REPORT DISCLOSURE SCHEDULE

14  KENNETH WINTON,

15                      Defendant.

16

17

18          1.      On November 16, 2020, the United States filed an Information charging Winton with one

19  count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. ECF 1. On December 3,

20  2020, Winton pled guilty to that charge. ECF 18.

21          2.      This matter currently is set for sentencing on January 29, 2026. ECF 56.

22          3.      Winton cooperated in a related case—*United States v. Piercey*, 2:20-cr-211 TLN.

23  Piercey's sentencing is scheduled for February 12, 2026.

24          4.      By this stipulation, the parties request that Winton's sentencing be continued to a date

25  after Piercey's sentencing and that the presentence report disclosure schedule be adjusted accordingly.

26          5.      Specifically, the parties jointly stipulate and request that this Court vacate the current

27  sentencing date and enter an order setting the following schedule for sentencing and disclosure of the

28  presentence report:

| 1 | Judgment and sentencing: | April 30, 2026, at 9:30 a.m. |
| 2 | Reply or statement of non-opposition: | April 23, 2026 |
| 3 | Formal objections: | April 16, 2026 |
| 4 | Final presentence report: | April 9, 2026 |
| 5 | Informal written objections: | April 2, 2026 |
| 6 | Updated draft presentence report (if needed): | March 5, 2026 |

6.     Senior U.S. Probation Officer Julie Besabe does not object to the proposed schedule.

IT IS SO STIPULATED.

Dated:  December 11, 2025                              ERIC GRANT
                                                                       United States Attorney


                                                                       /s/ MATTHEW THUESEN
                                                                       MATTHEW THUESEN
                                                                       Assistant United States Attorney


Dated:  December 11, 2025                              /s/ ADAM G. GASNER
                                                                       ADAM G. GASNER
                                                                       Counsel for Defendant
                                                                       KENNETH WINTON




**ORDER**


IT IS SO ORDERED this 12th day of December 2025.




_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE