ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-782-6000
Facsimile: 415-782-6011
E-Mail: adam@gasnerlaw.com

Attorney for Defendant
KENNETH WINTON

GASNER CRIMINAL LAW
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH WINTON,<br>Defendant. | CASE NO. 2:20-CR-00216-TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Hon. Troy L. Nunley |

**STIPULATION**

Because undersigned counsel Adam G. Gasner is currently in trial in the San Mateo County Superior court case of *People v. Qi Li*, No. 24-SF-012889-A and expects to be engaged in that trial through August 2026, sentencing in the captioned matter, currently set for Thursday, August 27, 2026, at 9:30 a.m. may be continued to Thursday, November 12, 2026, at 9:30 a.m.

The United States of America has no objection.

U.S. Probation has no objection.

Specifically, the parties jointly stipulate and request that this Court vacate the current sentencing date and enter an order setting the following proposed schedule for sentencing,

sentencing memoranda, and disclosure of presentence report formal objections:

- Judgment and sentencing: November 12, 2026, at 9:30 a.m.
- Sentencing memoranda: November 5, 2026
- Formal objections to presentence report: October 29, 2026.

IT IS SO STIPULATED.

Dated: August 13, 2026

PHILLIP A. TALBERT
United States Attorney

/s/ *MATTHEW THUESEN*
MATTHEW THUESEN
Assistant United States Attorney

Dated: August 13, 2026

/s/ *ADAM GASNER*
ADAM GASNER
Counsel for Defendant
KENNETH WINTON

**ORDER**

Based upon the representations of counsel and for good cause shown, IT IS HEREBY ORDERED that sentencing, currently set for Thursday, August 27, 2026, at 9:30 a.m., shall be continued to Thursday, November 12, 2026, at 9:30 a.m. per the following schedule:

- Judgment and sentencing: November 12, 2026, at 9:30 a.m.
- Sentencing memoranda: November 5, 2026
- Formal objections to presentence report: October 29, 2026

DATED: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102