ERIC GRANT
United States Attorney
MATTHEW THUESEN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH WINTON,<br>Defendant. | 2:20-CR-00216-TLN<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On or about December 3, 2020, defendant Kenneth Winton entered a guilty plea to conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 (Count One), as charged in the Information.

As part of his plea agreement with the United States, defendant Kenneth Winton agreed to forfeit voluntarily and immediately $700,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1349 to which he has pled guilty. See Defendant Winton's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Kenneth Winton in the amount of $700,000.00.

2. The above-referenced personal forfeiture money judgment is imposed based on

defendant Kenneth Winton's conviction for violating 18 U.S.C. § 1349 (Count One). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of his violation of 18 U.S.C. § 1349 to which he has pled guilty. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control. The United States will recommend that any portion of the forfeited funds paid to victims through the restoration or remission process will be credited to the defendant's restitution obligation.

DATED: 11/8/2026

ERIC GRANT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ORDER**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Kenneth Winton in the amount of $700,000.00. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control. The United States will recommend that any portion of the forfeited funds paid to victims through the restoration or remission process will be credited to the defendant's restitution obligation.

IT IS SO ORDERED.

DATED: November 9, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE